UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THE ESTATE OF HARRY JR. CAMPELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-382 |
| CEDAR LAKE POLICE DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

**REPORT AND RECOMMENDATION**

This matter is before the court *sua sponte*.  On January 19, 2024, the court held a Rule 16 Preliminary Pretrial Conference. The plaintiff appeared by Noreen Connolly, who proceeded pro se. During the hearing, the plaintiff was granted until February 29, 2024, to retain counsel. The plaintiff was warned that if counsel was not retained, the court would recommend that this case be dismissed without prejudice. [DE 15].

To date, the plaintiff has failed to retain counsel or provide an explanation as to why counsel has not been retained. Accordingly, the court **RECOMMENDS** that this case be **DISMISSED WITH PREJUDICE** pursuant to **Federal Rules of Civil Procedure 16(f) and 41(b)**.

Pursuant to **28 U.S.C. §636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  *Willis v. Caterpillar, Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170

F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The*

*Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United*

*States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905

n.2 (7th Cir. 1988).

ENTERED this 28th day of March, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge